Stephen M Lobbin
SML Avvocati P.C.
888 Prospect Street, Suite 200
San Diego, CA 92037
Tel: (949) 636-1391
Email: sml@smlavvocati.com

NI, WANG & MASSAND, PLLC
Hao Ni (pro hac vice to be filed)
hni@nilawfirm.com
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **DEEP WEB L.L.C.,**<br><br>Plaintiff**,**<br><br>v.<br><br>**ASK MEDIA GROUP, LLC,**<br><br>Defendant. | Case No. 4:20-cv-02262<br><br>**PLAINITFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 15, 2020                    Respectfully submitted,

                                         By: */s/ Stephen M. Lobbin*
                                         **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stephen M. Lobbin*