**SML AVVOCATI P.C.**
  Stephen M. Lobbin (Bar No. 181195)
  sml@smlavvocati.com
888 Prospect Street, Suite 200
San Diego, CA 92037
Telphone:      (949) 636-1391

**NI, WANG & MASSAND, PLLC**
  Hao Ni (*pro hac vice* forthcoming)
  hni@nilawfirm.com
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone:    (972) 331-4600
Facsimile:     (972) 314-0900
***Attorneys for Plaintiff Deep Web, L.L.C.***

**SINGER CASHMAN LLP**
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singercashman.com
  Evan N. Budaj (Bar No. 271213)
  ebudaj@singercashman.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:    (415) 500-6080
Facsimile:     (415) 500-6080
***Attorneys for Defendant Ask Media Group, LLC***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DEEP WEB, L.L.C.., <br><br> Plaintiff, <br><br> v. <br><br> ASK MEDIA GROUP, LLC, <br><br> Defendant. | CASE NO. 5:20-CV-2262-SVK <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-1)** |



It is hereby stipulated, by and between Plaintiff Deep Web, L.L.C. ("Deep Web") and Defendant Ask Media Group, LLC ("AMG"), by and through their respective counsel, that the time for AMG to answer or otherwise respond to Deep Web's Complaint is extended to and including June 15, 2020.

Date:  May 12, 2020         **SML AVVOCATI P.C.**

By: /s/ Stephen M. Lobbin
    Stephen M. Lobbin
    *Attorney for Plaintiff Deep Web, L.L.C.*

Date:  May 12, 2020         **SINGER CASHMAN LLP**

By: /s/ Evan Budaj
    Benjamin L. Singer
    Evan Budaj
    *Attorneys for Defendant Ask Media Group, LLC*

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

Pursuant to Local Rule 5-1(i)(3), I, Evan Budaj, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

Dated:  May 12, 2020                                       /s/ Evan Budaj
                                                                             Evan Budaj