REDACTED VERSION OF

# EXHIBIT A

COMPLETE EXHIBIT FILED UNDER SEAL